UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 21-2563


VAMUSA KOSH ISHMAEL,

Petitioner

v.

ATTORNEY GENERAL UNITED STATES OF AMERICA


Present:  AMBRO[*], PORTER, and FREEMAN, Circuit Judges


**ORDER**

The opinion filed on May 11, 2023 is hereby vacated.  The Clerk is directed to file the amended opinion contemporaneously with this order.  The amendments to the opinion are not substantive in nature.  Accordingly, the judgment remains as originally filed and the deadline for any petition for rehearing will be due 45 days from May 11, 2023.


By the Court,

s/Thomas L. Ambro
Circuit Judge

Dated: May 16, 2023
Sb/cc:  All Counsel of Record

---

[*] Judge Ambro assumed senior status on February 6, 2023.